JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TOMASELLI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INDIGO PPS MOTORCARS LLC, a business entity form unknown and DOES 1-50,<br><br>　　　　　Defendants. | Case No: 5:22-cv-01219-JGB-KKx<br><br>*[Previously Riverside Superior Court Case Number CVPS2201384; Assigned to the Hon. Kira Klatchko, Dept. PS1]*<br><br>**ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION**<br><br>Complaint Filed: April 11, 2022<br>Removal Date: July 12, 2022<br>Trial Date: TBD |

　　IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties hereto, the action (5:22-cv-01219-JGB-KK) be stayed so that the parties may proceed to final individual arbitration. This Court retains jurisdiction to enforce the Arbitration Agreement, judgment upon the award rendered by the Arbitrator, and any other matter for which the Court has jurisdiction under the law.

DATE: August 1, 2022

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 4747 Executive Drive, Suite 1000, San Diego, California 92121.

On July 29, 2022, I served the foregoing document entitled **[PROPOSED] ORDER GRANTING STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| MICHAEL REED, ESQ. (SBN 122324)<br>Attorney at Law<br>60 Creek Tree Lane<br>Alamo, California 94507<br>*Attorney for Plaintiff* | Telephone: (925) 743-8353<br>Facsimile: (925) 468-6168<br>Email: mreed10202@aol.com |
|---|---|

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FAX]** - I caused the aforementioned document(s) to be telefaxed to the aforementioned facsimile number(s). *The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration and/or no error was reported by the machine.*

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Attorney Service Name and Address .

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed July 29, 2022, at San Diego, California.

Andrea N. Ford                                        By: _____
_____                                          Signature
Print Name